# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 18-0701V
### Filed: August 2, 2019
UNPUBLISHED

ROBERT G. BAKER,

                    Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                    Respondent.

Special Processing Unit (SPU);
Damages Decision Based on Proffer;
Influenza (Flu) Vaccine; Guillain-
Barre Syndrome (GBS)

*Nancy Routh Meyers, Ward Black Law, Greensboro, NC, for petitioner.*
*Debra A. Filteau Begley, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On May 17, 2018, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that he suffered Guillain-Barré Syndrome ("GBS") resulting from the influenza vaccination he received on October 23, 2017. Petition at 1, ¶¶ 2, 24. Petitioner further alleges that he has met the Table definition of GBS, that he received his vaccination in the United States, and that neither he nor any other party has filed a civil action or received compensation for his GBS, alleged as vaccine caused. *Id.* at ¶¶ 2, 26-27, 29. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On June 26, 2019, a ruling on entitlement was issued, finding petitioner entitled to compensation for his GBS. On August 2, 2019, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $140,000.00 for

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website. **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished decision contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.

petitioner's pain and suffering and $91.70 for petitioner's past out-of-pocket medical expenses. Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered award. *Id.* at 2. Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $<u>140,091.70</u>, representing $140,000.00 for petitioner's pain and suffering and $91.70 for petitioner's actual unreimbursable expenses in the form of a check payable to petitioner, Robert G. Baker.** This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Nora Beth Dorsey</u>
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ROBERT G. BAKER,**     \*

    \*

              Petitioner,     \*           **No. 18-701V**

    \*           CHIEF SPECIAL MASTER DORSEY

v.     \*

    \*

**SECRETARY OF HEALTH AND**     \*

**HUMAN SERVICES,**     \*

    \*

              Respondent.     \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On June 21, 2019, respondent filed a Rule 4(c) Report, conceding that petitioner's claim meets the Table criteria for Guillain-Barré Syndrome ("GBS") injury. On June 26, 2019, the Court issued a Ruling on Entitlement finding petitioner entitled to compensation under the Vaccine Act.

## I.     Items of Compensation

Based upon the evidence of record, respondent proffers that petitioner should be awarded the following, and requests that the Chief Special Master's decision and the Court's judgment award:

1. A lump sum payment of **$140,000.00**, which represents compensation for pain and suffering, _see_ 42 U.S.C. § 300aa-15(a)(4); and

2. A payment of **$91.70**, which represents compensation for past out-of-pocket medical expenses, _see_ 42 U.S.C. § 300aa-15(a)(1).

These amounts represent all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).[1]  Petitioner agrees.

## II.     Form of the Award

Petitioner is a competent adult.  Evidence of guardianship is not required in this case. Respondent recommends that petitioner be awarded a lump sum payment of **$140,091.70**, in the form of a check payable to petitioner.  Petitioner agrees.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

ALEXIS B. BABCOCK
Assistant Director
Torts Branch, Civil Division

/s/ DEBRA A. FILTEAU BEGLEY
DEBRA A. FILTEAU BEGLEY
Senior Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C.  20044-0146
Phone: (202) 616-4181

Dated:  August 2, 2019

---

[1]  Should petitioner die prior to the entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future pain and suffering.

2